UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELSIE FLORES MARTINEZ, et al.,
    Plaintiffs

vs.                                                           CIVIL NO. 97-2186 (JP)

DR. LYDIA BETANCOURT, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 23, 2001<br>**Docket#:** 76<br><br>[X] **Plffs**    [] **Defts**<br><br>**Title:** Motion Requesting Disbursement of Settlement Funds | **GRANTED.** The Clerk **SHALL** release to recently-emancipated minor Co-plaintiff Billy John Morales-Flores the settlement funds on deposit with the Court in Account No. 400-4743240, totaling $26,534.45 plus interest and minus registration fees. |

Date: 3/7/01

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: _____ # 77